UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JANE DOE, *a Minor Child by and Through her Father and Next Friend, John Doe*,<br>Plaintiff,<br><br>v.<br><br>READING RECREATION COMMISSION and DAPHNE E. KLAHR,<br>Defendants. | :<br>:<br>:<br>:<br>:  No.  5:21-cv-4851<br>:<br>:<br>:<br>: |

_____

# O R D E R

**NOW**, this 30th day of December, 2021, upon consideration of the Motion to Dismiss filed on December 6, 2021, and of the Amended Complaint filed on December 22, 2021, **IT IS HEREBY ORDERED THAT**:

The Motion to Dismiss, ECF No. 4, is **DISMISSED as moot**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge